**Affidavit of SPECIAL PROCESS SERVER**

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number    1:19-CV-1983

JOUREY NEWELL AND JAMES EVERETT SHELTON, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL PERSONS AND ENTITIES SIMILARLY SITUATED,

V.

GOHEALTH, LLC

I, JOHN VALLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

| | |
|---|---|
| THAT I SERVED THE WITHIN | SUMMONS, COMPLAINT, NOTICE OF MANDATORY INITIAL DISCOVERY, AMENDED STANDING ORDER REGARDING MANDATORY INITIAL DISCOVERY PILOT PROJECT, CIVIL COVER SHEET, |
| ON THE WITHIN NAMED DEFENDANT | GOHEALTH, LLC C/O BRANDON M. CRUZ, REGISTERED AGENT |
| PERSON SERVED | BRANDON M. CRUZ, PRESIDENT |
| BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT | 4/4/2019 |

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| Sex | MALE | Race | WHITE | Age | 41 |
|---|---|---|---|---|---|
| Height | 5'10" | Build | MUSCULAR | Hair | BROWN |

LOCATION OF SERVICE    214 W HURON ST
CHICAGO, ILLINOIS 60654

Service GPS    -87.63524 41.89457
Date Of Service    4/4/2019
Time    2:42 PM

JOHN VALLE    4/9/2019
SPECIAL PROCESS SERVER    115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE    4/9/2019

Total:  $80.00


*9521A*

Law Firm ID:  MURRAY MURPHY MOUL + BASIL LLP    Firm #    Case Return Date:  05/22/2019