IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOUREY NEWELL** and **JAMES EVERETT SHELTON**, <br><br> Plaintiffs, <br><br> v. <br><br> **GOHEALTH, LLC**, <br><br> Defendant. | **Case No. 1:19-cv-01983** <br><br> **Honorable Andrea R. Wood** <br><br> **Jury Trial Demanded** |

**DEFENDANT'S UNCONTESTED MOTION
TO DEFER RESPONSIVE PLEADING DEADLINE**

Defendant GoHealth, LLC ("GoHealth") respectfully moves for an order extending by 28 days the deadline for it to file a responsive pleading or motion under Fed. R. Civ. P. 12. GoHealth requests this uncontested extension, its first, in order to allow it to investigate and respond to the Class Action Complaint (Doc. 1). GoHealth states as follows in further support of this Motion:

1. Plaintiffs commenced this action on March 22, 2019, with the filing of their Class Action Complaint. Doc. 1.

2. GoHealth was served with the Class Action Complaint on April 4, 2019. Doc. 8. Absent an extension, the present deadline for GoHealth's responsive pleading or motion is April 25, 2019.

3. GoHealth requests a short 28-day extension in order to investigate the factual allegations, to prepare a responsive pleading or motion, and to prepare for discovery, including participation in the Court's Mandatory Initial Discovery Program. *See* Doc. 6. A short extension

is particularly appropriate in this case where the Class Action Complaint asserts violations of the Telephone Consumer Protection Act ("TCPA"), but does not identify the complete phone numbers allegedly called in violation of its provisions.

4. This is the first request by GoHealth to defer the deadline for its responsive pleading. Counsel for plaintiffs has indicated that they do not oppose GoHealth's Motion.

**WHEREFORE**, for the reasons set forth above, GoHealth respectfully requests that the Court enter an order deferring the deadline for it to file a pleading or motion under Fed. R. Civ. P. 12 responsive to the Class Action Complaint by 28 days, or by May 23, 2019.

Date: April 18, 2019                                    **GOHEALTH, LLC**

                                                        By: /s/ *Tomas M. Thompson*
                                                            One of its attorneys

                                                        Martin W. Jaszczuk
                                                        Tomas M. Thompson
                                                        Seth H. Corthell
                                                        JASZCZUK P.C.
                                                        311 S. Wacker Dr., Suite 3200
                                                        Chicago, Illinois 60606
                                                        Telephone: 312-442-0509
                                                        mjaszczuk@jaszczuk.com
                                                        tthompson@jaszczuk.com
                                                        scorthell@jaszczuk.com

                                                        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Tomas M. Thompson, an attorney, certify that I caused the foregoing DEFENDANT'S UNCONTESTED MOTION TO DEFER RESPONSIVE PLEADING DEADLINE to be served upon all persons and entities registered and authorized to receive such service through the court Case Management / Electronic Case Files (CM/ECF) system on this April 18, 2019.

                                            /s/ *Tomas M. Thompson*