IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOUREY NEWELL** and **JAMES EVERETT SHELTON**, <br><br> Plaintiffs, <br><br> v. <br><br> **GOHEALTH, LLC**, <br><br> Defendant. | **Case No. 1:19-cv-01983** <br><br> **Honorable Andrea R. Wood** <br><br> **Jury Trial Demanded** |

### NOTICE OF MOTION

TO:

| Lauren E. Urban | Brian K. Murphy | Anthony I. Paronich |
|---|---|---|
| 2425 N. Spaulding Ave., Floor 2 | MURRAY MURPHY MOUL + BASIL LLP | PARONICH LAW, P.C. |
| Chicago, IL 60647 | 1114 Dublin Road | 350 Lincoln St., Suite 2400 |
| | Columbus, OH 43215 | Hingham, MA 02043 |

PLEASE TAKE NOTICE that on Wednesday, April 24, 2019, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant GoHealth, LLC, by and through its attorneys, shall appear before the Honorable Andrea R. Wood in the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Room 1925, Chicago, Illinois 60604, and shall then and there present the attached DEFENDANT'S UNCONTESTED MOTION TO DEFER RESPONSIVE PLEADING DEADLINE in the above-captioned case, a copy of which is herewith served upon you.

Date:  April 18, 2019                                                          **GOHEALTH, LLC**

                                                                                By: */s/ Tomas M. Thompson*
                                                                                        One of its attorneys

                                                                                Martin W. Jaszczuk
                                                                                Tomas M. Thompson
                                                                                Seth H. Corthell
                                                                                JASZCZUK P.C.
                                                                                311 S. Wacker Dr., Suite 3200
                                                                                Chicago, Illinois 60606
                                                                                Telephone: 312-442-0509
                                                                                mjaszczuk@jaszczuk.com
                                                                                tthompson@jaszczuk.com
                                                                                scorthell@jaszczuk.com

                                                                                *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Tomas M. Thompson, an attorney, certify that I caused the foregoing Notice of Motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on this April 18, 2019.

                                                                                /s/ *Tomas M. Thompson*