IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOUREY NEWELL and JAMES EVERETT SHELTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOHEALTH, LLC,<br><br>    Defendant. | Case No. 1:19-cv-01983<br><br>Honorable Andrea R. Wood<br><br>Jury Trial Demanded |

## DISCLOSURE OF DEFENDANT GOHEALTH, LLC
## PURSUANT TO FED. R. CIV. P. 7.1 AND LR 3.2

Defendant GoHealth, LLC hereby discloses under Fed. R. Civ. P. 7.1 and Local Rule LR 3.2 as follows:

1. GoHealth, LLC is a wholly owned subsidiary of Norvax, LLC; and

2. Norvax, LLC is not a publicly held entity, and GoHealth LLC has no publicly held affiliates.

Date:  April 18, 2019                                     **GOHEALTH, LLC**

                                                          By: */s/ Tomas M. Thompson*
                                                              One of its attorneys

                                                          Martin W. Jaszczuk
                                                          Tomas M. Thompson
                                                          Seth H. Corthell
                                                          JASZCZUK P.C.
                                                          311 S. Wacker Dr., Suite 3200
                                                          Chicago, Illinois 60606
                                                          Telephone: 312-442-0509
                                                          mjaszczuk@jaszczuk.com
                                                          tthompson@jaszczuk.com
                                                          scorthell@jaszczuk.com
                                                          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Tomas M. Thompson, an attorney, certify that I caused the foregoing DISCLOSURE OF DEFENDANT GOHEALTH, LLC PURSUANT TO FED. R. CIV. P. 7.1 AND LR 3.2 to be served upon all persons and entities registered and authorized to receive such service through the court Case Management / Electronic Case Files (CM/ECF) system on this April 18, 2019.

                                              /s/ *Tomas M. Thompson*